ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DERRICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-CV-00512-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTION** |

　　　　IT IS HEREBY STIPULATED and AGREED between Plaintiff KEVIN DERRICK ("Plaintiff"), by and through his counsel, Richard Harris Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second, Third and Fourth Causes of Action of Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

4835-9337-3026.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 19th day of April, 2018.   DATED this 19th day of April, 2018.

RICHARD HARRIS LAW FIRM            LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Johnathan M. Leavitt*            */s/ Danielle C. Miller*

By _____    By _____
RICHARD A. HARRIS, ESQ.              ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 000505                Nevada Bar No. 003062
JOHNATHAN M LEAVITT, ESQ.            DANIELLE C. MILLER, ESQ.
Nevada Bar No. 013172                Nevada Bar No. 009127
801 S. Fourth Street                 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89101              Las Vegas, Nevada 89118
*Attorneys for Plaintiff*            *Attorneys for Defendant*
                                     *State Farm Mutual Automobile*
                                     *Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of April, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*