ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DERRICK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-CV-00512-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), and Plaintiff, KEVIN DERRICK ("Plaintiff"), by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed his Complaint in the Eighth Judicial District Court for Clark County, Nevada on February 12, 2018. State Farm removed said case to the U.S. District Court for the District of Nevada on March 20, 2018 (ECF No. 1).

2. The parties held their F.R.C.P. 26 conference on April 18, 2018, and in compliance with F.R.C.P. 26(f) and LR 26-1(e) filed their initial Stipulated Discovery Plan and Scheduling Order on April 23, 2018 (ECF No. 12).

3. On April 24, 2018, the Magistrate established the following discovery plan

4815-2846-0651.1

(ECF No. 12):

| | |
|---|---|
| Last day to amend/add: | June 19, 2018 |
| Initial expert disclosure: | July 19, 2018 |
| Rebuttal expert disclosure: | August 17, 2018 |
| Last day of discovery: | September 17, 2018 |
| Dispositive motions filed: | October 17, 2018 |
| Joint pre-trial order: | November 16, 2018 |

4. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

a. <u>Discovery Completed</u>: The parties have exchanged initial disclosures of witnesses and documents. State Farm has served written discovery and is in the process of scheduling Plaintiff's deposition. State Farm is awaiting receipt of signed medical authorizations to begin the process of independently obtaining Plaintiff's medical records arising out of the subject accident.

b. <u>Discovery that remains to be completed</u>: Additional time is needed for State Farm to obtain all of Plaintiff's relevant pre and post accident medical records. Additional time is also needed for State Farm to retain an expert and to coordinate scheduling Plaintiff's Rule 35 Examination. The depositions of the parties' retained experts will also be necessary.

c. <u>Reasons why discovery was not completed</u>: The parties' current Discovery Plan and Scheduling Order (ECF No. 12) does not provide sufficient time to allow State Farm to obtain all of Plaintiff's medical records. With the exception of Plaintiff's emergency medical care, the majority of Plaintiff's medical treatment occurred in Wisconsin. Thus, State Farm will need to allow Plaintiff's medical providers sufficient time to comply with State Farm's subpoenas given that they are all located out-of-state. Additional time is also needed to allow State Farm to coordinate scheduling Plaintiff's Rule 35 Examination. Because Plaintiff resides in Wisconsin, State Farm will similarly need to provide Plaintiff with sufficient time to make travel arrangements in order to appear for his Rule 35 Examination. The parties will also need time to complete the depositions of the parties' retained experts. Additional time for discovery is necessary to

avoid prejudice and to facilitate a fair and just investigation of Plaintiff's alleged injuries and with respect to Plaintiff's claims against State Farm.

    d.    <u>Proposed schedule for completion of remaining discovery</u> (extension of remaining deadlines by approximately 60 days):

| | |
|---|---|
| Last day to amend/add: | August 17, 2018 |
| Initial expert disclosure: | September 17, 2018 |
| Rebuttal expert disclosure: | October 16, 2018 |
| Last day of discovery: | November 16, 2018 |
| Dispositive motions filed: | December 14, 2018 |
| Joint pre-trial order: | January 15, 2019 |

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this <u>20th</u> day of June, 2018.    DATED this <u>20th</u> day of June, 2018.

RICHARD HARRIS LAW FIRM    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Johnathan M. Leavitt*    */s/ Danielle C. Miller*

By_____    By_____
    RICHARD A. HARRIS, ESQ.    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 000505    Nevada Bar No. 003062
    JOHNATHAN M LEAVITT, ESQ.    DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 013172    Nevada Bar No. 009127
    801 S. Fourth Street    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89101    Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*    *Attorneys for Defendant*
        *State Farm Mutual Automobile*
        *Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     June 21, 2018