ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DERRICK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-CV-00512-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff KEVIN DERRICK, by and through his counsel, Richard Harris Law Firm, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff's Complaint against State Farm in the above-entitled action shall be dismissed, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4820-6960-7536.1

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own attorneys' fees and costs.

DATED this 25th day of September, 2018.   DATED this 25th day of September, 2018.

RICHARD HARRIS LAW FIRM              LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Johnathan A. Leavitt*                         */s/ Danielle C. Miller*

By_____     By_____
   RICHARD A. HARRIS, ESQ.                      ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 000505                           Nevada Bar No. 003062
   JOHNATHAN M LEAVITT, ESQ.                DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 013172                           Nevada Bar No. 009127
   801 S. Fourth Street                                  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89101                       Las Vegas, Nevada 89118
   *Attorneys for Plaintiff*                               *Attorneys for Defendant*
                                                           *State Farm Mutual Automobile*
                                                          *Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this   27th   day of   September  , 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*
_____
   ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
   DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 009127
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendant State Farm Mutual*
   *Automobile Insurance Company*